UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIELLE LOTHER, et al.,<br>                Plaintiffs,<br>   v.<br>CITY OF MOUNTAIN VIEW, et al.,<br>                Defendants. | Case No. 19-cv-05848-VKD<br><br>**ORDER RE NOTICE OF TENTATIVE SETTLEMENT**<br>Re: Dkt. No. 32 |

The parties have filed a notice advising that they have agreed to settle this matter, subject to approval of plaintiffs' anticipated petition for minor's compromise. Dkt. No. 32. Based on that notice, the Court orders as follows:

Plaintiffs shall file their petition for minor's compromise by **January 21, 2020**.

The Initial Case Management Conference is continued to **March 31, 2020, 1:30 p.m.** The parties' Joint Case Management Statement is due by **March 24, 2020**. All other related deadlines set in the Court's Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. No. 7) are adjusted accordingly.

Additionally, the parties are advised that all named parties, including unserved defendants, must consent to magistrate judge jurisdiction before a magistrate judge may hear and decide a case. 28 U.S.C. § 636(c)(1); *Williams v. King*, 875 F.3d 500 (9th Cir. 2017). To date, the Court does not have the consent of all parties to magistrate judge jurisdiction. By **January 7, 2020**, all parties who have not yet done so shall file either a consent or declination to proceed before a magistrate judge. The consent/declination form is available on the Northern District of California's website, https://cand.uscourts.gov/filelibrary/1335/MJ_Consent-

Declination_Form_Jan2014.pdf.  Parties are free to withhold consent without adverse substantive consequences. Fed. R. Civ. P. 73(b)(2).

Plaintiffs shall serve a copy of this order on all parties who have not yet appeared and file a proof of service with the Court.

**IT IS SO ORDERED.**

Dated: December 16, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge